[Cite as *State v. Alford*, 2011-Ohio-6259.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
No. 95946

STATE OF OHIO

PLAINTIFF-APPELLEE

vs.

DARRYL ALFORD

DEFENDANT-APPELLANT

JUDGMENT:
APPLICATION DENIED

Cuyahoga County Common Pleas Court
Case No. CR-469026
Application for Reopening

Motion No. 448480

**RELEASE DATE:**     December 7, 2011

**FOR APPELLANT**

Darryl Alford, Pro Se
No. 493-759
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, Ohio 44030

**ATTORNEYS FOR APPELLEE**

William D. Mason, Esq.
Cuyahoga County Prosecutor
By: Kristen L. Sobieski, Esq.
        Daniel T. Van, Esq.
Assistant County Prosecutors
Eighth Floor, Justice Center
1200 Ontario Street
Cleveland, Ohio 44113

JAMES J. SWEENEY, P.J.:

{¶ 1} Darryl Alford has filed a timely application for reopening pursuant to App.R. 26(B). Alford is attempting to reopen the appellate judgment, journalized in *State v. Alford*, Cuyahoga App. No. 95946,

2011-Ohio-4811, which affirmed the denial of his motion to withdraw his guilty plea entered to the offenses of failure to comply with an order or signal of a police officer and felonious assault in *State v. Alford*, Cuyahoga County Court of Common Pleas Case No. CR-469026. We decline to reopen Alford's appeal.

{¶ 2} The appeal, which formed the basis of Alford's application for reopening, concerned a postconviction motion. Specifically, Alford's appeal involved an appeal from the denial of his motion to vacate the guilty plea as entered to the offenses of failure to comply with an order or signal of a police officer and felonious assault. An application for reopening, brought pursuant to App.R. 26(B), can only be employed to reopen an appeal from the judgment of conviction and sentence, based upon a claim of ineffective assistance of counsel. See *State v. Loomer*, 76 Ohio St.3d 398, 1996-Ohio-59, 667 N.E.2d 1209. See, also, *State v. Halliwell* (Dec. 30, 1996), Cuyahoga App. No. 70369, reopening disallowed (Jan. 28, 1999), Motion No. 300187; *State v. White* (Jan. 7, 2002), Cuyahoga App. No. 78190, reopening disallowed (May 13, 2004), Motion No. 357536; *State v. Shurney* (Mar. 10, 1994), Cuyahoga App. No. 64670, reopening disallowed (May 15, 1995), Motion No. 260758. Since App.R. 26(B) applies only to the direct appeal of a criminal conviction and

sentence, it cannot now be employed to reopen the appeal that dealt with Alford's denial of a motion to vacate his guilty plea.

{¶ 3}   Accordingly, the application for reopening is denied.

_____
JAMES J. SWEENEY, PRESIDING JUDGE

COLLEEN CONWAY COONEY, J., and
KATHLEEN ANN KEOUGH, J., CONCUR

KEY WORDS